■ New York City Transit Authority, Appellant, v Alfred J. Manti et al., Respondents.—Order of the Supreme Court, Kings County, entered June 7, 1984, affirmed, with costs, for reasons stated by Justice Jordan at Special Term. Lawrence, J. P., Eiber, Kunzeman and Kooper, JJ., concur.